☐ Original    ☐ Duplicate Original

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>INFORMATION ASSOCIATED WITH THE AT&T<br>CORPORATION ACCOUNT(S) LINKED TO THE MOTOR<br>VEHICLE 2022 SILVER TOYOTA CAMRY BEARING VEHICLE<br>IDENTIFICATION NUMBER VIN 4T1F11BK4NU063920, WHICH<br>IS STORED AT PREMISES CONTROLLED BY AT&T<br>CORPORATION, FURTHER DESCRIBED IN ATTACHMENT A. | Case No.  5:25-SW-219 (ML)<br><br>USAO No.  2025R00521 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the         Southern District of Florida
*(identify the person or describe the property to be searched and give its location)*:
  INFORMATION ASSOCIATED WITH THE AT&T CORPORATION ACCOUNT(S) LINKED TO THE MOTOR VEHICLE 2022 SILVER TOYOTA CAMRY BEARING VEHICLE IDENTIFICATION NUMBER VIN 4T1F11BK4NU063920, WHICH IS STORED AT PREMISES CONTROLLED BY AT&T CORPORATION, FURTHER DESCRIBED IN ATTACHMENT A.

  I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
  SEE ATTACHMENT B.

  **YOU ARE COMMANDED** to execute this warrant on or before  September 22, 2025  *(not to exceed 14 days)*
  ☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

  Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.
  The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Miroslav Lovric.
                           *(United States Magistrate Judge)*

  ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date issued:    September 8, 2025                    */s/ Miroslav Lovric*
                                                       *Judge's signature*
Time issued:    _____

City and State:    Binghamton, NY                    Hon. Miroslav Lovric, U.S. Magistrate Judge
                                                       *Printed name and title*

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and ~~inventory left~~ with: |
|---|---|---|
| 5:25-sw-219 | 09/09/2025  12:38 pm | AT&T |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

- All historical records related to location
- Telematic browsing history
- Records related to communications
- All historical communications

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/09/2025

*Nicholas Marti*
*Executing officer's signature*

Nicholas Marti
*Printed name and title*

## ATTACHMENT A

**Property to be Searched**

Information associated with **AT&T accounts linked to** a 2022 Toyota Camry XLE bearing Vehicle Identification Number ("VIN") 4T1F11BK4NU063920 and IMEI: 355985239555231, (the "**TARGET TELEMATICS ACCOUNT**"), which is stored at premises controlled by AT&T, Global Legal Demands Center, headquartered at 11760 U.S. Highway 1, Suite 600, North Palm Beach, FL 33408.

## ATTACHMENT B

### Particular Things to be Seized

I.   **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of **AT&T,** regardless of whether such information is located within or outside of the United States, and including any such information that has been deleted but is still available to **AT&T,** or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), **AT&T** is required to disclose the following information to the government for the Target Telematics Account:

a.   All records pertaining to communications (including contents of communications) between **AT&T** and any persons, regarding the Target Telematics Account, including contacts with support services and records of actions taken;

b.   All historical communications and the corresponding date and timestamp, as well as the source and destination of the communication (such as source and destination telephone numbers (call detail records), email addresses, and IP addresses), from **June 14, 2025, to September 8, 2025.**

c.   All historical location information, including NELOS data, historical precision GPS data, cell-site location information, and triangulation data associated with the Target Telematics Account, from **June 14, 2025, to September 8, 2025;** and

d.   All web browsing history associated with the Target Telematics Account, from **June 14, 2025, to September 8, 2025.**

The Provider is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

II.     **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, contraband, and/or instrumentalities of violations of 18 USC 1343 Wire Fraud, 18 USC 1344 Bank Fraud, and 18 USC 1028A Aggravated Identity Theft (the "Subject Offenses") during the period **June 14, 2025, to September 8, 2025,** including information pertaining to the following matters:

a.      Evidence indicating how and when the Target Telematics Account was used, including to determine the chronology of account access and events relating to one or more of the Subject Offenses under investigation.

b.      Evidence indicating the geographic location of the vehicle. This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, contraband, and/or instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.